■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EMANUEL DOLD, Appellant, against W. WILKINS, Warden, Respondent.— Motion to appeal as

a poor person and for other relief denied on the ground that the papers fail to show merit to the appeal.